**Order filed August 30, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00169-CV

———————————

**LAMBERT ADUMEKWE, Appellant**

**V.**

**NEW HAMPHIRE INSURANCE COMPANY, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81456**

## O R D E R

Appellant's brief was due August 13, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant files his brief with the clerk of this court on or before **September 12, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM